IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ABIGAIL E. BROWN,

     Plaintiff,                     JUDGMENT IN A CIVIL CASE

     v.                           Case No.  17-cv-342-bbc

COUNTRY VIEW EQUESTRIAN
CENTER, INC.,

     Defendant.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Country View Equestrian Center, Inc., against plaintiff Abigail E. Brown dismissing this case for failure to state a claim.

s/V. Olmo, Deputy Clerk               10/03/2017
Peter Oppeneer, Clerk of Court         Date