UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ABIGAIL E. BROWN, | ) | Appeal from the United |
| | ) | States District Court Western District |
| Plaintiff-Appellant. | ) | of Wisconsin |
| | ) | |
| vs. | ) | No.   17-CV-342 |
| | ) | |
| COUNTRY VIEW EQUESTRIAN CENTER, INC., | ) ) | |
| | ) | |
| Defendant-Appellee. | ) | Hon. Barbara B. Crabb |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN**, that **ABIGAIL E. BROWN**, the above-named plaintiff, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order dismissing her complaint for failure to state a claim, entered on October 2, 2017.

BY:      /s/  David J. Brown
DAVID J. BROWN
Attorney for the Plaintiff-Appellant

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing NOTICE OF APPEAL OF DISMISSAL was served on November 1, 2017, pursuant to ECF as to Filing Users and shall comply with local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ David J. Brown
David J. Brown

DAVID J . BROWN (ARDC #6185050)
Attorney at Law
318 N. First
Rockford, IL 61107
815\ 968-4474
email: djbrownlaw@aol.com